JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB HOWARD, | ) | No. CV 01-5689-JFW(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| BERNADETTE GAMBINO, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: July 6, 2010

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　United States District Judge

1