UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 01-5689 JFW (CW) | Date | January 12, 2016 |
|---|---|---|---|
| Title | Jacob Howard v. Bernadette Gambino | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Marc Krause | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   Order to Show Cause re: Dismissal

     On December 21, 2015, Plaintiff was ordered to contact the court clerk not later than December 30, 2015, in order to schedule a mediation in advance of the mediation completion deadline of January 15, 2016.  The court has received no communication from Plaintiff.  In light of this failure, as well as Plaintiff's failure to appear at scheduled status conferences on November 4, 2015, and December 15, 2015, Plaintiff is ordered to show cause in writing, within fourteen days of the date of this order, why this action should not be dismissed for failure to prosecute and comply with court orders.

     Plaintiff is advised that failure to timely respond to this order to show cause may result in dismissal of this action without prejudice.


cc:   Plaintiff and Counsel of Record


|  | : |
|---|---|
| Initials of Preparer | MK |