UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 01-5689-JFW (KS)                                        Date: April 18, 2016

Title    *Jacob Howard v. Bernadette Gambino, et al.*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

Roxanne Horan-Walker
Deputy Clerk                                   Court Reporter / Recorder

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 3, 2015, the parties to this civil rights action attended a status conference before United States Judge Carla Woehrle and agreed to participate in mediation before Magistrate Judge Victor Bianchini.  (Dkt. No. 172.)  At a subsequent status conference on December 15, 2015, the Court set a mediation completion deadline of January 15, 2016.  (Dkt. No. 178.)  On December 21, 2015, the Court advised the parties that Judge Bianchini was available for mediation on January 14, 2016, and the Court ordered Plaintiff to contact Judge Woehrle's clerk no later than December 30, 2015.  (Dkt. No. 179.)

Plaintiff did not comply with the Court's December 21, 2015 order and, on January 12, 2016, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to prosecute and comply with court orders.  (Dkt. No. 180.)  That Order noted that not only had Plaintiff failed to contact the court clerk to schedule a mediation as required by the Court's December 21, 2015 Order, but he had also failed to appear at scheduled status conferences on November 4, 2015 and December 15, 2015.  (*Id.*)

On January 26, 2016, Plaintiff filed a response to the Court's January 12, 2016 Order To Show Cause in which he alleged that he had tried to contact the Court about the mediation hearing but was unable to reach anyone by phone and was subsequently hospitalized.  (Dkt. No. 181.)  On February 11, 2016, the Court discharged the January 12, 2016 Order and advised the parties that a mediation was scheduled for February 29, 2016, the mediation deadline was extended accordingly, and Plaintiff's failure to appear at the February 29, 2016 mediation would be grounds for dismissal.  (Dkt. No. 183.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 01-5689-JFW (KS)                                                    Date: April 18, 2016

Title       _Jacob Howard v. Bernadette Gambino, et al._


On February 29, 2016, Plaintiff failed to appear at the mediation before Judge Bianchini. (*See* Dkt. Nos. 184, 185.)  Plaintiff has not communicated with this Court regarding his absence and he has not filed any document with this Court since January 26, 2016.

In view of Plaintiff's repeated failures to comply with this Court's orders concerning mediation, his failure to appear for mediation despite the Court's warning that his absence would be grounds for dismissal, and the nearly three months that have passed since the Court last received any communication from Plaintiff regarding this case, Plaintiff is **ORDERED TO SHOW CAUSE, on or before May 2, 2016, why this matter should not be dismissed** for failure to prosecute and comply with court orders.  To the extent possible, Plaintiff shall support any factual allegations in his response with competent evidence.

**Plaintiff's failure to timely respond to this order and establish good cause for his failure to appear for mediation <u>will</u> result in a recommendation to dismiss this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**


**IT IS SO ORDERED.**


                                                                                                      :
                                                            **Initials of Preparer**     rhw