**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB HOWARD, | ) | NO. CV 01-5689-JFW (KS) |
| **Plaintiff,** | ) | |
| v. | ) | JUDGMENT |
| BERNADETTE GAMBINO, et al, | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 29, 2016

                                                                _____
                                                                JOHN F. WALTER
                                                                UNITED STATES DISTRICT JUDGE

1